The Honorable Pamela Pepper

United States District Court

Your Honor,

My name is Lakia Jackson, and I respectfully write to you with humility and deep remorse as I await sentencing in my case. I want to begin by acknowledging the seriousness of my actions and accepting full responsibility for the mistake that brought me before this Court. I understand that what I did was wrong, and I take full accountability for my conduct. I deeply regret the choices I made that led me here, and I have spent a great deal of time reflecting on my actions and the consequences they have had on my life and, most importantly, on my children.

Throughout this entire process, I have tried to approach the situation with honesty, respect, and cooperation. I have complied with requests made of me during the investigation and legal proceedings and provided documentation and information when asked. I understand that the legal system has an important responsibility, and I have tried to handle this difficult time with respect for the Court and the process.

This experience has been one of the most humbling and difficult periods of my life. Being in this position has forced me to reflect deeply on my decisions and the path that led me here. I know that I made a bad choice, and I carry deep regret for that decision. While I made a serious mistake, I hope the Court will understand that this mistake does not define who I am as a person. I am not a bad person, but someone who made a poor decision and who is determined to learn from it and grow into a better version of myself moving forward.

Your Honor, the most important part of my life is being a mother to my children. I am the mother of six children, four boys and two girls. Being responsible for my children has always been the center of my life and the motivation behind everything I do. My children depend on me for guidance, stability, and care, and being their mother is the role I value most.

Both of my daughters have significant special needs. My daughter ███████ has autism and struggles with emotional regulation and elopement behaviors that require constant supervision and support. My younger daughter ███████ has severe autism and is nonverbal. She requires assistance with daily activities and daily care and needs close monitoring to keep her safe. Her needs require patience, structure, and constant attention.

Caring for children with special needs is a responsibility that requires continuous involvement and dedication. My daughters rely on routines, stability, and someone who understands their needs and behaviors. As their mother, I have always done everything I can to provide that for them. My presence helps them feel safe and supported, and I work every day to make sure they receive the care and attention they need to navigate the challenges they face.

███████'s father passed away before she was born. Because of this, she never had the opportunity to meet him, and I have been her only parent and support from the very beginning of her life. As her mother, I do everything I can to be a source of stability, comfort, and strength for her as she navigates both her disabilities and the challenges she faces.

In addition to caring for my own children, I have always tried to help others when I could. In my community and among the people who know me, I have tried to be someone who offers support and

compassion to others during difficult times. I have cooked and provided hot meals for people experiencing homelessness and for families who were going through hard situations. I have also tried to support parents who were experiencing unimaginable pain, including families who had lost children or mothers whose children were fighting for their lives in intensive care units.

I did these things not for recognition, but simply because I believed it was important to show compassion to people who were hurting. Helping others has always been something that felt natural to me, and I have always tried to treat people with kindness and respect.

I understand that none of these things excuse the mistake I made, and I do not offer them as excuses. I only hope the Court will consider the broader picture of who I am as a person and how deeply my children depend on me, especially given the needs of my daughters.

This experience has caused me to reflect deeply on the example I set for my children and the kind of person I want to be moving forward. I want my children to see a mother who takes responsibility for her mistakes and learns from them. I want them to see that even when someone falls short, they can stand back up, take accountability, and work hard to do better.

I am committed to learning from this experience and rebuilding my life in a way that reflects better judgment, responsibility, and integrity. My focus moving forward will continue to be caring for my children, especially my daughters who rely on consistent support and understanding.

Your Honor, I respectfully ask the Court for mercy and the opportunity to move forward while demonstrating through my actions that I have learned from this experience. I understand that there must be consequences for my actions, and I accept responsibility for that. I simply ask the Court to consider my role as a mother, the needs of my children, and my commitment to becoming a better person moving forward.

Thank you for taking the time to read my letter and for considering my circumstances.


Respectfully,

Lakia Jackson