Community Support Letter
From Lakia Thomas
Milwaukee, Wisconsin

October 16, 2025

Honorable Judge Pepper
United States District Court

RE: Community Support for Ms. Lakia Jackson

Dear Honorable Judge Pepper,

I am writing this letter in support of Ms. Lakia Jackson, a truly valuable and respected member of our community. Lakia has shown extraordinary compassion, strength, and generosity in times of great tragedy, and I want to take this opportunity to acknowledge all that she has done.

When my daughter, Diamond Arberry, was tragically murdered in July of 2021, only weeks after the death of her daughter's father, Lakia was there for me and my family in every way possible. Despite being pregnant with her own daughter at the time, she came to the scene where my daughter lost her life and stood by my side during one of the most painful moments of my life. Her presence, comfort, and genuine concern meant more than words can express.

Beyond her emotional support, Lakia extended her kindness by helping provide for my three grandchildren during that difficult time. Her thoughtful gestures and willingness to step in for my family brought comfort and relief when we needed it most, and for that, I will be forever grateful to her.

Lakia Jackson is the kind of person every community needs—caring, dependable, and always willing to lend a helping hand. Her actions speak volumes about her character and her heart. It is an honor to know her and to witness the positive impact she continues to have on those around her.

With sincere appreciation,

Sincerely,
Lakia Thomas
Milwaukee, Wisconsin

November 3, 2025

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue Milwaukee, Wisconsin

Re: Lakia Jackson

Dear Judge Pepper,

My name is Debra Bass, and I am writing this letter in behalf of Lakia Jackson. I am the grand mother to 4 of Lakia's children. Since knowing her I have found her to be ambitious, loving, and outgoing. She is an attentive and loving mother to her children and she involves them in numerous activities outside of school as well as in school; encouraging them to be the best they can be. Even though challenges have been great for her, having two special needs children, she has managed well. She takes the time to reach out to other children who needs a helping hand; and she does it freely.

I'm aware of Lakia's possibility of facing time in confinement as well as the charges against her. Your honor, I am asking you to please consider leniency in Lakia's case. I believe Lakia had a lapse in judgement and that she is sorry for creating a reason for distrust from those she served, her friends, family, and the community. The least stage of confinement for Lakia would be an opportunity for her to prove if she's worthy of the opportunity, and a blessing to the children who need her presence. I do not see Lakia as being a threat to the community.

Thank you for your time,

Sincerely,

Debra Ann Bass

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
617 East Wisconsin Avenue
Milwaukee, WI 53202

Robert Steel
Phone: ██████████

**Dear Judge Pepper,**

My name is Robert Steel, and I am the father of Lakia Jackson. I am writing this letter to share my perspective about Lakia's character and the type of person she is.

First, I want to be honest about my role as her father. When Lakia was growing up, I was not always the father she deserved. There were periods of time when I was absent and in and out of her life. Looking back now, I understand how important it is for a child to have a consistent father figure, and it is something I regret deeply.

As Lakia got older, she shared with me some of the hardships and abuse she experienced during her childhood. Hearing those things was extremely difficult for me as a father because I realized that had I been more present in her life, I might have been able to protect her or help her through those situations. Lakia told me that she often felt abandoned while growing up, and that is something that will always weigh on my heart.

Despite everything she went through, Lakia still grew into a strong, compassionate, and loving person. One of the things that amazes me the most about her is her ability to forgive. Even after my absence as a father, she allowed me the opportunity to come back into her life and rebuild our relationship. She gave me a second chance when she did not have to, and that says a lot about the type of heart she has.

Lakia is a caring daughter and a devoted mother who loves her children deeply. She has always tried to be there for the people she loves and support those around her. I have seen her show compassion and kindness to others even when she herself has been dealing with difficult circumstances.

I truly believe that this situation does not define who Lakia is as a person. She is not a bad person. She is someone who made a mistake, but she is also someone who has a good heart and the ability to continue growing and doing positive things in her life.

As her father, I also want the Court to know that I am committed to being present in Lakia's life moving forward. I regret the time I lost when she was growing up, and I want to spend the rest of my life making sure she knows she is not alone. I will continue to support her emotionally and as a father as she works to move forward and be the best mother and person she can be.

As her father, I respectfully ask the Court to consider the full picture of who Lakia is — a woman who overcame many challenges in her life and still became a loving and compassionate person.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Robert Steel

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
617 East Wisconsin Avenue
Milwaukee, WI 53202

Elaysha Jackson
Phone: ████████

**Dear Judge Pepper,**

My name is Elaysha Jackson, and I am writing this letter to speak on the character of Lakia Jackson. I have had the privilege of knowing Lakia for over 35 years, as she is my cousin. Over those many years, I have come to know her as a woman of strong values, respect, and integrity.

Lakia embodies responsibility, honesty, and compassion. She understands the hardships that come with being a single mother, yet she continues to show strength and dedication to her children and family. She truly loves children and has always been someone who supports and extends a helping hand to those in need.

Lakia is also someone who is loved and supported by many people in her community. Her heart is genuine, and she has always tried to do the right thing. She has a caring nature and often puts others before herself. Because of this, she has been an inspiration to many people who know her.

In my honest opinion, Lakia is one of the most genuinely loving people I know. She has always tried to help others whenever she could. I respectfully ask the Court to take this letter into consideration and show leniency when making your decision.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Elaysha Jackson
Phone: ████████

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
617 East Wisconsin Avenue
Milwaukee, WI 53202

Schwanda Lee

█████████████████████

Phone: ████████████
Email: ████████████████

**To Whom It May Concern,**

My name is Schwanda Lee, and I am the older sister of Lakia Jackson. I am writing this letter of support on her behalf as she faces sentencing in her current federal case. This has been a very emotional time for our family, and I wanted to share who Lakia truly is beyond her current situation.

Lakia is a loving and devoted mother of two beautiful children, both of whom are on the autism spectrum. Her children mean the world to her, and she has always done her best to care for them despite life's challenges. I have seen firsthand the strength and patience it takes to raise children with special needs, and Lakia has always done it with love, compassion, and determination. Her children depend on her emotionally and need her presence in their lives.

Growing up together, I've always known Lakia to have a big heart. She's the kind of person who will give her last to help someone else. She's made mistakes, but I know her heart is good, and she truly regrets the decisions that led to her current situation. She has talked to me many times about wanting to change her life for the better — not just for herself, but for her children and family who love and support her deeply.

Lakia has a strong support system behind her. Our family stands ready to help her in any way we can, whether it's emotional guidance or helping her get back on her feet when the time comes. I truly believe she has the potential to turn this experience into something positive and come out of it stronger and wiser.

Thank you for taking the time to read my letter and for considering the woman Lakia truly is — a caring mother, a loving sister, and a person who deserves a second chance to rebuild her life and continue being there for her children who need her most.

With respect and sincerity,

Schwanda Lee
Sister of Lakia Jackson

10/24/2025

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: Character Letter for Lakia Jackson

Dear Honorable Pamela Pepper,

My name is Sandra Kay Byrd and I am writing this letter on behalf of Lakia Jackson asking for leniency in her sentencing. I have known Lakia for over twelve years and her children are my cousins.

As far as I know, because of her actions, she lost the love and respect of some family, friends, and most of all the communities that she enjoyed serving. She gained some sympathy too because they knew this was not something that Lakia Jackson they knew would do.

Please do not let her temporary lapse in judgment define her for the rest of her life.

Lakia carries herself in a polite and respectable manner and is very passionate about earning a living fair and honorably. She meant no harm or disrespect.

Please give her a second chance in life to be reliable, trustworthy and lawful to support her children. I believe she will work hard to be a positive role model for her family and will serve overall as a great asset to the community.

Therefore, I wholeheartedly recommend without reservation that you please consider showing leniency in her case before you.

Your Honor, please grant her a second chance in life and I asked for leniency and mercy of the court. Thank you Your Honor.

Respectfully Submitted,

Sandra Kay Byrd

Detrell Lee

███████████████

Phone: ██████████

Date: October 24, 2025

To Whom It May Concern,

My name is Detrell Lee, and I am writing this letter in
support of my aunt, Lakia Jackson. I want to share what
kind of person she truly is and how much she means to our
family.

My Aunt Lakia has always been a loving, responsible, and
family-oriented person. She has two children who are both
on the autism spectrum, and she dedicates her life to caring
for them. I have personally seen how patient,
understanding, and strong she is as a mother. Raising
children with special needs takes a lot of love and
commitment, and she never gives up on them—no matter
how hard things get. She works tirelessly to make sure her
kids have what they need, from therapy appointments to
school support and daily routines that help them feel safe
and cared for.

Beyond being a devoted mother, my aunt is also someone
who supports others in our family. She is the kind of person
who checks on everyone, gives advice when needed, and
offers help without hesitation. Her heart is big, and she
always tries to do what is right, even when she is under
pressure.

I have seen her take accountability, reflect on her actions, and continue trying to do better for herself and her children. Our family depends on her, and her kids especially need her love and stability.

I respectfully ask that you consider her strong character, her love for her children, and the positive impact she has on everyone around her. She is not only a mother but also a role model of strength and resilience in our family.

Thank you for taking the time to read this letter and for considering her situation with compassion.

Sincerely,

Detrell Lee

THE Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
milwaukee, WI 53202

Character Letter of Lakia Jackson

Dear Judge Pepper,

My name is Sabrina Jones, and I am writing this letter on behalf of Lakia Jackson, whom I have known since 8th grade. Over the years, she has become more like family than a friend.

Lakia is one of the most compassionate and caring person I have ever met. A devoted mother of 6 children and goes above and beyond to make sure her kids are loved, supported, and taken care of. Despite any challenges she has faced, Lakia has always maintained her strength and positive spirit for the sake of her family & those around her.

Throughout the many years I've known her, she has consistently shown kindness and generosity toward everyone she meets. She is the type of person who looks out for everyone without hesitation. When I shared my struggle with infertility, Lakia went out her way to research and help me there find places that could support me throught that difficult time. Her thoughtfulness and compassion during during one of the hardest periods of my life meant more to me than words can express. She gave me hope.

I know my friend Lakia deeply regrets the situation that has brought her before the court. I truly believe this has been a wake-up call for her, and she is determined to take responsibility and make better choices

Case 2:24-cr-00198-PP   Filed 03/11/26   Page 9 of 13   Document 63-2

a positive future for herself and her children.

Thank you for taking the time to read my letter and consider my perspective.

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
617 East Wisconsin Avenue
Milwaukee, WI 53202

Crystal
Phone ████████████

**Dear Judge Pepper,**

Thank you for giving me the opportunity to speak on behalf of Lakia Jackson. I have known Lakia for more than 20 years, and during that time I have come to know her as one of the kindest and most considerate people in my life.

Throughout the years I have known her, I have never seen her intentionally try to harm anyone or do anything wrong. Even while facing the challenges she is currently going through, Lakia continues to take time out of her day to help others. She has always been someone people turn to when they need support.

Not only has she always been there for her family, but she has also helped many people in her community. I have personally seen her step up to help children who have lost parents and assist people who struggle to find stable work. She has tried to create opportunities and provide jobs for members of the Black community who often face challenges finding employment that provides a livable wage.

One of the most important things about Lakia is that she is a mother to six beautiful children. Her love for them is what drives her every day. Everything she has worked for and everything she has tried to build has always been centered around providing a better life for her children and protecting them from the difficult environments many families in our communities face.

Sometimes people make decisions while trying to survive and protect their families, not with the intention of harming others. I believe Lakia is someone who has been trying to work hard to create a better future for her children so they do not grow up facing the same struggles many families experience.

Lakia has already endured significant hardship in her life. She lost the father of one of her children and had to find the strength to rebuild after that tragedy. She was pregnant with one of her youngest children at the time, a child who now has a disability and who lost her father before she was even born. Despite these challenges, Lakia continued to stand strong for her family.

Children today need guidance, stability, and nurturing support from their parents. It is difficult to imagine the impact that losing their mother's presence could have on Lakia's children, who rely on her love, care, and support.

I understand that you have a very important responsibility in making your decision. I respectfully ask for mercy and understanding in considering Lakia not as a criminal or a danger to society, but as a mother who has been trying to survive and care for her family. Even allowing her the opportunity to serve much of her time at home with her children would still hold meaning and accountability while allowing her children to continue having the support they need from their mother.

Lakia has no prior criminal history, and I truly believe she has learned a powerful lesson simply by going through this process. She is someone who has the ability to move forward and continue building

To: Honorable Judge Pamela Pepper

02/12/2024

Re: Character Letter for
Defendant - Lakia Jackson

Dear Honorable Judge Pepper

My name is Corine Jackson
and I am the mother of
Miss Lakia Jackson.

I am writing you with humble
heart to ask for fairness and
compassion as you consider
the charges against Lakia.

Lakia is a devoted mother
of six beautiful children.
She has always been a
hard worker and always
worked hard to create a
better life for her children
and be the type of parent
who can give her children
the stability and support

I struggled to provide when raising my own children

My grand children truly depend on my daughter as their sole provider, caretaker, and emotional foundation

Lakia has always had a genuine desire to give back to her community.

Lakia has organized give aways helped families in need all her life. She knows what it feel like to struggle. And it breaks my heart to see all the positive actions, now being viewed in a harmful way. Lakia's intentions was never to take advantage of anyone or any system. She simply wanted to help others. while trying to build

3

a better future for her own family as well.

Lakia is also a determined and motivated women. She graduated from high school and continued her education toward becoming a registered Nurse. She was only one semester away from completing RN license before family responsibilities and life hardships delayed her path. Even through challenges Lakia has continued to work hard and improve her life Lakia has successfully operated a daycare and an adult family home to care for others in the community.

I respectfully ask the court to consider:
Her role as the sole provider for her six young children